UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JAVIER CRUZ,

Petitioner,

v.

WARDEN,

Respondent.

CAUSE NO. 3:26-CV-691-CCB-SJF

# ORDER

Immigration detainee Javier Cruz, representing himself, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, alleging that he is unlawfully confined in violation of the laws or Constitution of the United States. ECF 2. On June 1, 2026, the Warden answered the petition. ECF 8. Mr. Cruz did not file a reply to the petition, suggesting he might no longer be in immigration custody. Consequently, the court will order a supplemental status report as to Cruz's current location and removal status.

For these reasons, the court ORDERS the respondent to file a supplemental status report by **September 4, 2026**.

SO ORDERED on August 25, 2026

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge